USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/18/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUPERB MINERALS INDIA PRIVATE LTD.,
Plaintiff,
-against-
ASTRO GALLERY OF GEMS, et al.,
Defendants.

26-CV-2965 (JAV) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff filed its complaint on April 10, 2026. (Dkt. 1.) Plaintiff served the summons and complaint on defendant Astro Gallery of Gems on May 14, 2026 (Dkt. 8), making defendant's answer due on June 4, 2026. Although that date has come and gone, defendant has not appeared or filed an answer to the complaint.

It is hereby ORDERED that, if defendant has not answered or otherwise responded to the complaint before **September 8, 2025**, plaintiff shall, on that date, either file a stipulation granting additional time or apply for entry of default.

Dated: New York, New York
August 18, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**