USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/14/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUPERB MINERALS INDIA PRIVATE LTD.,

Plaintiff,

-against-

ASTRO GALLERY OF GEMS, et al.,

Defendants.

26-CV-2965 (JAV) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On September 18, 2026, this Court ordered plaintiff to show cause why this action should not be dismissed pursuant to Fed. R. Civ. P. 4(m) and 41(b), for failure to prosecute. *See* Dkt. 10. On October 9, 2026, plaintiff filed a letter "in response to [the] Order to Show Cause," explaining the circumstances for various delays. Dkt. 11 at 1. Plaintiff also submitted, as exhibits to his letter, a Request for Clerk's Certificate of Default, a Certificate of Service, and a supporting declaration. *See id*. at ECF pp. 3-8.

If plaintiff intends to seek a certificate of default, it must file its request (*see* Local Civ. R. 55.1) separately from the letter in response to the order to show cause, and in the appropriate form, no later than **October 21, 2026**, so that the Clerk of Court may properly review the submission. Additional instructions regarding how to seek a certificate of default can be found at the following webpage: https://www.nysd.uscourts.gov/rules/ecf-related-instructions.

Dated: New York, New York
October 14, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**